**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7855**

CHAUNCEY A. WILLIAMS,

　　　　　Plaintiff - Appellant,

　　　v.

JAMES E. PARKS, Manager Offender SRV.; M. VARGO, Warden;
Sussex II; JORDAN, Mental Health; Senior,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   T.S. Ellis, III, Senior
District Judge.  (1:14-cv-00683-TSE-IDD)

Submitted:  April 16, 2015　　　　　Decided:  April 20, 2015

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Chauncey A. Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey A. Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012), and denying his motion for leave to file an addendum. We have reviewed the record and find no reversible error. Accordingly, while we grant Williams' motion for leave to file an addendum, we affirm for the reasons stated by the district court. Williams v. Parks, No. 1:14-cv-00683-TSE-IDD (E.D. Va. filed Dec. 1, 2014; entered Dec. 2, 2014). Williams' motion for reconsideration is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED